IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05 CR 3008 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| SHELLEY K. NUSS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

   IT HEREBY IS ORDERED:  Defendant's motion to amend conditions of pretrial release, filing 26, is granted on the conditions stated in the motion.  The defendant shall be tested as soon as possible after her return to the Well Link.

   DATED May 6, 2005

                              BY THE COURT

                              ___s/ David L. Piester_____

                              United States Magistrate Judge