FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2005 JUN -2  PM 4: 09

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,           )
                                    )      4:05CR3008
                  Plaintiff,        )
                                    )      ORDER
        v.                          )
                                    )
SHELLEY K. NUSS,                    )
                                    )
                  Defendant.        )

1.  The request of the Plaintiff to seal its brief in opposition to Defendant's motion

to modify terms of pre-trial release, and the attachment, filing no. _____, is granted.

Dated this 2nd day of June, 2005.

BY THE COURT:

United States Magistrate Judge