```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3008 |
| v. | ) | |
| | ) | |
| SHELLEY K. NUSS, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

The court has been advised that defendant has no objection to the plaintiff's motion to release personal property.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff's motion to release personal property, filing 34, is granted.

DATED this 7th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge