```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3008 |
| | ) | |
| v. | ) | |
| | ) | |
| SHELLEY K. NUSS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1.   Defendant's unopposed oral motion to continue her plea hearing is granted, and the defendant's change of plea hearing is continued to August 8, 2005 at 2:00 p.m.

2.   This court further finds that the ends of justice will be served by continuing defendant's plea hearing; and that continuing the plea date in this case outweighs the best interest of the defendant and the public in a speedy trial.  Accordingly, the time between July 28, 2005 and August 8, 2005 shall be excluded for speedy trial calculation purposes.  18 U.S.C. § 3161(h)(8)(a).

DATED this 27th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge