IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JAN -5 PM 3: 53

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:05CR3008 |
| vs. | ) | |
| SHELLEY K. NUSS, | ) | ORDER FOR ISSUANCE OF |
| | ) | BENCH WARRANT |
| Defendant. | ) | |

Shelly K. Nuss failed to report to the Bureau of Prisons, Greenville, Illinois on January 4, 2006 to begin serving her sentence of 87 months imprisonment pursuant to the Judgment and Order, filing 63, dated November 7, 2005.

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of Shelley K. Nuss, commanding the arresting officer to bring her before the Court forthwith.

BY THE COURT:

[signature]

United States District Judge

DATED this 5th day of January, 2006.

WARRANT ISSUED TO: USM
COPIES: USM & USA