IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3008 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| SHELLEY K. NUSS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notification by the United States Marshal that the defendant has self surrendered to the Bureau of Prisons,

IT IS ORDERED that the warrant is withdrawn.

January 6, 2006.                                BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge